IRVING SCHIFF, PLAINTIFF-RESPONDENT, v. ISAAC GROVER *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Breslin & Breslin* and *Mr. James A. Major* for the petitioners.

*Mr. Abraham Miller* and *Mr. Michael H. Hochman* for the respondent.

January 18, 1960.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LOUIS F. CINIGLIO, DEFENDANT-PETITIONER.

See same case below:  57 *N. J. Super.* 399.

*Mr. Charles M. Schimenti* for the petitioner.

*Mr. Lawrence A. Whipple* and *Mr. Edward F. Hamill* for the respondent.

January 4, 1960.   Denied.